Filing # 107215560 E-Filed 05/07/2020 07:49:37 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.  CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FIFTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Vishnu Persad</u>
Plaintiff
vs.
<u>UNITED PARCEL SERVICE INC</u>
Defendant

### II.  AMOUNT OF CLAIM

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>500,000</u>

### III.  TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical

- ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☒ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)

NOT A CERTIFIED COPY

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Non-monetary declaratory or injunctive relief;
☒ Punitive

**V. NUMBER OF CAUSES OF ACTION:**
(Specify)

1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:  s/ Marwan Porter
            Attorney or party
FL Bar No.:  26813
            (Bar number, if attorney)
            Marwan Porter
            (Type or print name)
Date:  05/07/2020

Filing # 107215560 E-Filed 05/07/2020 07:49:37 PM

IN THE CIRCUIT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.:

VISHNU PERSAD,

    Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., a
Foreign for-profit corporation,

    Defendant.

_____/

**COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff, VISHNU PERSAD, by and through his undersigned counsel, and hereby files this Complaint for damages against Defendant, UNITED PARCEL SERVICE, INC., a foreign for-profit corporation, for wrongful termination based on race and show that Plaintiff is entitled to relief against Defendant based on the following allegations:

**JURISDICTION AND PARTIES**

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of attorney's fees and costs.

2. This Complaint is based upon Defendant, UNITED PARCEL SERVICE, INC., a foreign for-profit corporation (hereinafter referred to as "UPS"), continuing deprivation of rights accorded to Plaintiff, VISHNU PERSAD (hereinafter referred to as "Plaintiff"), under the laws of the United States and the State of Florida resulting from acts and/or omissions of the named Defendant that constitute the following cause of action: wrongful termination based on race in violation of 42 U.S.C. 1981 ("Section 1981"), "Equal Rights Under the Law."

3. Venue is proper in Palm Beach County, Circuit Court because the parties reside in and/or do business in Palm Beach County, Florida and the cause of action arose and occurred in Palm Beach County, Florida.

4. That at all material times hereto, Plaintiff, VISHNU PERSAD, of Caribbean decent (Black) male, was over the age of eighteen (18), a citizen of Florida, residing in Palm Beach County, Florida and is otherwise *sui juris*.

5. That at all material times hereto, Defendant, UNITED PARCEL SERVICE, INC., hereinafter referred to as "UPS" is an Ohio corporation doing business in Palm Beach County, Florida as UPS located at 2001 Avenue "P", Riviera Beach Florida, and is subject to the jurisdiction of this Court.

6. That at all relevant times, it is believed that Defendant, UPS was responsible for the conduct of its employees, servants, agents and/or apparent agents, including but not limited to, establishing and enforcing customs, policies, and procedures to regulate the conduct of agents and employees, and ensuring that employees, servants, and agents obeyed the laws of the State of Florida and the United States.

7. That at all time material hereto, Caucasians Jodi Heath, Lisa Dodge, Rob Whittington, Rich Keiser were supervisors employed by and at the subject UPS, along with fellow Caucasian employee Brian Cogne.

8. That at all material times hereto, Plaintiff was an employee of Defendant, UPS, during the time the acts complained of occurred.

## GENERAL ALLEGATIONS OF DISCRIMINATION

9. Plaintiff was hired as a loader in November 2007 at the subject UPS location.

10. Plaintiff contends that after years of working for Defendant UPS, some Caucasian supervisors of Defendant UPS, at the subject UPS, specifically, Jodi Heath, Lisa Dodge, Ron Whittington, in 2015 began a campaign of racial discrimination, harassment and retaliation against Plaintiff which created a hostile work environment for Plaintiff, as well as other black employees, and which ultimately culminated in his termination on May 11, 2016.

11. Plaintiff contends that Defendant UPS treated Plaintiff less favorably than his non-Black counterparts regarding the terms and conditions of employment.

12. Plaintiff filed at least 10 Grievances with Teamsters Local Union No. 769 from July 2015 through May 24, 2016 alleging harassment, racial discrimination, hostile work environment and retaliation.

13. On July 23, 2015, a Caucasian employee, Brian Cogne called Plaintiff "his pet monkey." Defendant UPS failed to reprimand Brian Cogne.

14. Plaintiff contends that during this campaign of harassment, he has been unjustly suspended several times due to false allegations by Caucasian supervisor Jodi Health only to be reinstated.

15. Plaintiff contends that despite his educational background which consists of a Bachelor's Degree as well as a Master's Degree, Defendant UPS supervisors, Jodi Heath and Rob Whittingham, denied/deprived him of the opportunity for both a driver's position and/or management position, while Defendant UPS has given this opportunity to several white employees with only a High School education.

16.     Plaintiff contends that during this management harassment campaign, on several occasions, Caucasian supervisor, Ron Whittingham, who stands 6 feet 4 inches, approached Plaintiff in an aggressive manner trying to pick a fight; Plaintiff is only 5 feet 4 inches tall.

17.     In January 2016, there was an incident at the subject Defendant UPS in which a Caucasian supervisor, Rich Keiser, was heard to call a black employee "you lazy nigger" and Defendant UPS failed to reprimand Rich Keiser.

18.     On May 11, 2016, a Caucasian female supervisor, Lisa Dodge told Plaintiff that she was going to shoot Plaintiff.  Plaintiff filed a Police report.

19.     On May 11, 2016, Plaintiff was unjustly terminated as Lisa Dodge falsely reports and tells Defendant UPS Management that Plaintiff told her he was going to shoot her.

20.     At all times material hereto, Defendant UPS knew or should have known of the racial discrimination, harassment and retaliation which Plaintiff and other black employees at the subject location were being subjected to.

21.     At all times material hereto, Defendant UPS failed to do anything to protect and/or address Plaintiff's and other black employees' concerns and complaints about racial discrimination, harassment, hostile work environment, lack of promotional opportunities, and retaliation being heaped upon them by management and supervisors at the subject Defendant UPS.

### COUNT I
### WRONGFUL TERMINATION DUE TO RACE
### IN VIOLATION OF 42 U.S.C. SECTION 1981

22.     Plaintiff adopts by reference and incorporates herein as if fully set forth all preceding paragraphs one (1) through twenty-one (21) as if fully set forth herein.

23. As an employer within the meaning of 42 U.S.C. §1981, Defendant UPS owed at all times a duty to Plaintiff not to discriminate against him with respect to employment due to his race.

24. The opportunity to maintain employment without racial discrimination is recognized and declared a civil right by 42 U.S.C. §1981.

25. At all material times hereto, Plaintiff is a Black male and is a member of a protected class entitled to that protection afforded by 42 U.S.C. §1981.

26. At all material times hereto, Plaintiff was an excellent and dedicated employee, highly proficient, and in all respects acted in the best interest of his employer. Plaintiff was initially hired in 2007 as a loader. With the promise of career advancement and promotion, Plaintiff continued his education. Yet, despite his increased education and experience, Defendant UPS steadfastly refused to promote or provide career advancement opportunities to Plaintiff or black employees. However, such promotions and career opportunities were readily available to all white employees. Quite the contrary, Defendant UPS stood by while its Caucasian supervisors ran the subject location like a plantation, meting out suspensions and punishments to Plaintiff and his fellow black workers at will without fear of interference or consequence. The race of Plaintiff and the other black employees became the standard for lack of fairness in employment, reward or promotion.

27. At all material times hereto, the race of Plaintiff was not a term, requirement, or condition of employment with Defendant UPS, and Plaintiff's race did not in any way affect his job performance.

28. Defendant UPS violated the duties mandated by 42 U.S.C. §1981, by wrongfully terminating Plaintiff based on his race with intentional disregard of Plaintiff's rights and

sensibilities. Specifically, Defendant UPS terminated Plaintiff solely based upon a falsehood perpetuated by one of the ringleaders of the campaign of harassment against Plaintiff, Lisa Dodge.

29.     As a direct and proximate result of Defendant's willful, knowing, and intentional discrimination, Plaintiff has suffered and will continue to suffer pain and suffering, and severe mental anguish and emotional distress. Plaintiff has suffered and will continue to suffer a loss of earnings and other employment benefits and job opportunities. As such, Plaintiff is thereby entitled to general and compensatory damages in an amount to be proven at trial.

30.     As further direct and proximate result of Defendant UPS violation of 42 U.S.C. §1981 as heretofore described, Plaintiff has been compelled to retain the services of counsel in an effort to enforce federal laws prohibiting such wrongful termination based on race, and hence forced to incur legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. As such, Plaintiff requests that attorneys' fees be awarded pursuant to 42 U.S.C. §1988.

31.     Plaintiff is informed and believes, and based thereon, alleges that the conduct of Defendant described above was done with intent, with a conscious disregard for his rights, and with the intent, design, and purpose of injuring him. Plaintiff is further informed and believes that Defendant, through its managing agents and/or supervisors, authorized, condoned and/or ratified the discriminatory conduct complained of by Plaintiff. By reason thereof, Plaintiff is entitled to punitive or exemplary damages from Defendant in a sum according to proof at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury as to all issues triable by right to a jury.

**WHEREFORE**, Plaintiff, VISHNU PERSAD, demands judgment against Defendant, UNITED PARCEL SERVICE INC., for damages in excess of Thirty Thousand Dollars ($30,000.00) and such other relief as the Court deems just and equitable. Plaintiff further requests a trial by jury on all issues so triable and reserves the right to amend this Complaint to add a claim for punitive damages upon a showing of the applicable prerequisites. Plaintiff also reserves his right to amend this Complaint to add a Count for violation of Title VII of the Civil Rights Act of 1964 upon the U.S. Equal Employment Opportunity Commission's issuance of a Notice of Right to Sue letter.

Dated, this 7th day of May, 2020.

        **COCHRAN FIRM - TREASURE COAST, LLC**
        5033 SE Federal Highway
        Stuart, Florida 34997
        Telephone: (772) 266-4159
        Facsimile: (772) 678-7566

By: _____
        **Marwan E. Porter, Esquire**
        Florida Bar No. 026813
        mporter@cochranfirm.com
        efile@theporterfirm.com
        *Attorneys for Plaintiff*

and

By: */s/ Victor G. Swift*
        **Victor G. Swift, Esquire**
        Florida Bar No. 0071048
        *Attorney for Plaintiff*

NOT A CERTIFIED COPY



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3623823

Printed On:
05/08/2020 01:39
Page 1 of 1

| Receipt Number: 3623823 - Date 05/08/2020  Time 1:39PM |||| 
|---|---|---|---|
| **Received of:** | The Porter Law Firm, LLC<br>5033 SE Federal Highway<br>Stuart, FL 34997 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 401.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 401.00 |
| **Receipt ID:** | 9929434 | **Remaining Balance:** | 0.00 |
| **Division:** | AB: Circuit Civil Central - AB(Civil) | | |
| **Case# 50-2020-CA-005130-XXXX-MB -- PLAINTIFF/PETITIONER: PERSAD, VISHNU** |||| 
| Item | Balance | Paid | Bal Remaining |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments |||
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_ACH | 27949324 | 401.00 |
| **Total Received** | | 401.00 |
| **Total Paid** | | 401.00 |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.



IN THE CIRCUIT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 2020-CA-005130XXXXMB

VISHNU PERSAD,

    Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., a
Foreign for-profit corporation,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on the Defendant(s) whose name and address is:

**UNITED PARCEL SERVICE, INC.,**
**a Foreign for profit corporation**
**By serving: CORPORATION SERVICE COMPANY, its Registered Agent**
**1201 Hays Street**
**Tallahassee, FL 32301-2525**

Each Defendant is required to serve written defenses to the complaint or petition on Plaintiffs' attorney, whose name and address is: THE COCHRAN FIRM – TREASURE COAST, LLC, whose address is 5033 S.E. Federal Highway, Stuart, FL 34997, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If the Defendant fails to do so, a default will be entered against the defendant for the relief demanded in the complaint or petition.

DATED: **Aug 19 2020**

SHARON R. BOCK
CLERK OF THE CIRCUIT COURT

(COURT SEAL)

By: _____
**JOSIE LUCCE** As Deputy Clerk

*NOT A CERTIFIED COPY*

IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo portegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado del Demanadante).

IMPORTANT

Des poursuites judiciaries ont ete entrepreises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est is insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention de numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitex que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dan le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etra saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocate ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" Plaignant ou a son avocat) nomme ci-dessous.



**SHARON R. BOCK**

CLERK & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

**RECEIPT**
3718405

Printed On:
08/19/2020 03:47
Page 1 of 1

| Receipt Number: 3718405 - Date 08/19/2020  Time 3:47PM |||||
|---|---|---|---|---|
| **Received of:** | The Porter Law Firm, LLC<br>5033 SE Federal Highway<br>Stuart, FL 34997 ||||
| **Cashier Name:** | ADMIN ||  **Balance Owed:** | 10.00 |
| **Cashier Location:** | E-Filing ||  **Total Amount Paid:** | 10.00 |
| **Receipt ID:** | 10029951 ||  **Remaining Balance:** | 0.00 |
| **Division:** | AB: Circuit Civil Central - AB(Civil) ||||
| Case# 50-2020-CA-005130-XXXX-MB -- PLAINTIFF/PETITIONER: PERSAD, VISHNU |||||
| Item || Balance | Paid | Bal Remaining |
| Fees || 10.00 | 10.00 | 0.00 |
| **Case Total** || **10.00** | **10.00** | **0.00** |
| Payments |||||
| Type || Ref# || Amount |
| EFiling_ACH || 28814499 || **10.00** |
| **Total Received** |||| **10.00** |
| **Total Paid** |||| **10.00** |



**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.